UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

FILED
MAR 03 2010
CLERK

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 10-40003 |
| Plaintiff, | SUPERSEDING INDICTMENT |
| vs. | FAILURE TO REGISTER AS A SEX OFFENDER |
| RYAN PATRICK SAILORS | |
| Defendant. | 18 U.S.C. § 2250(a) |

---

The Grand Jury charges:

Between on or about the 1st day of April, 2009, and continuing through the date of this Indictment, in the District of South Dakota, the defendant, Ryan Patrick Sailors, a person required to register under the Sex Offender Registration and Notification Act, and a sex offender by reason of a conviction under state law, and having traveled in interstate commerce, did knowingly fail to register and update a registration, in violation of 18 U.S.C. § 2250(a).

A TRUE BILL:

_____
Foreperson

BRENDAN V. JOHNSON
UNITED STATES ATTORNEY

By: _____