

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

*******************************************************************

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CR 10-40003 |
| Plaintiff, | * | |
| vs. | * | ORDER |
| RYAN PATRICK SAILORS, | * | |
| Defendant. | * | |

*******************************************************************

Pending before the Court is the Defendant's Petition to Plead Guilty and Statement of Factual Basis. A hearing to take the plea was held before the Magistrate Judge on April 9, 2010, and Judge Simko issued a Report and Recommendation accepting the plea, and recommending to this Court that the Defendant be adjudged guilty as charged in the Superseding Indictment with Failure to Register as Sex Offender in violation of 18 U.S.C. § 2250(a). After a careful review of the file, and the time for objections having expired,

IT IS ORDERED:

1. That the Magistrate Judge's Report and Recommendation is ADOPTED by the Court, and the Defendant Ryan Patrick Sailors is adjudged guilty.

Dated this 28th day of April, 2010.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY: Summa Wahl
DEPUTY