

FILED
AUG 10 2010

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | \* | CR 10-40003 |
| Plaintiff, | \* | |
| vs. | \* | ORDER |
| RYAN PATRICK SAILORS, | \* | |
| Defendant. | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The Government filed a Motion for Reconsideration of Order Dismissing Superseding Indictment of the Court's Order on July 20, 2010, Doc. 32. The Court reviewed that Motion and was then waiting for the response of the Defendant. However, three days after the Motion for Reconsideration was filed by the Government, the Government filed a Notice of Appeal. Accordingly,

IT IS ORDERED:

1. That the Government's Motion for Reconsideration of Order Dismissing Superseding Indictment, Doc. 32, is denied as moot as the Court no longer has jurisdiction.

Dated this 10th day of August, 2010.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY _____
DEPUTY