# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

_____

No: 10-2773
_____

United States of America

Plaintiff - Appellant

v.

Ryan Patrick Sailors

Defendant - Appellee

_____

Appeal from U.S. District Court for the District of South Dakota - Sioux Falls
(4:10-cr-40003-LLP-1)

_____

## JUDGMENT

Appellant's motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

October 12, 2010

Order Entered Under Rule 27B(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
         /s/ Michael E. Gans