# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 10-2773

United States of America

Appellant

v.

Ryan Patrick Sailors

Appellee

_____

Appeal from U.S. District Court for the District of South Dakota - Sioux Falls
(4:10-cr-40003-LLP-1)
_____

**MANDATE**

In accordance with the judgment of 10/12/2010, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

October 12, 2010

Clerk, U.S. Court of Appeals, Eighth Circuit